FILED
2023 Feb-01  AM 09:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY JEROME ALLEN, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:22-cv-00568-ACA-NAD |
| REOSHA BUTLER, | ) |
| Respondent. | ) |

## FINAL ORDER

Consistent with the accompanying memorandum opinion, the court **DENIES** Petitioner Anthony Jerome Allen's 28 U.S.C. § 2254 petition for writ of habeas corpus. The court also **DENIES** a certificate of appealability.

The parties shall bear their respective costs.

**DONE** and **ORDERED** this February 1, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE